IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **MICHELE TORRES,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**FRIENDS PIZZA, LLC, LITTLE GIANTS PIZZA, LLC, PIZZEE BOY, LLC,** and **BRIAN EDLER,** individually,<br><br>Defendants. | Case No.: 3:21-cv-01137-JJH<br><br>Jury Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michele Torres, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses her claims against Friends Pizza, LLC, Little Giants Pizza, LLC, Pizzee Boy, LLC, and Brian Edler without prejudice.

Respectfully submitted,

/s/ *Alyson S. Beridon*_____
Alyson S. Beridon (0087496)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
425 Walnut Street, Suite 2315
Cincinnati, Ohio 45202
Phone: (513) 381-2224
Fax: (615) 255-5419
alysonb@bsjfirm.com

**ATTORNEYS FOR PLAINTIFFS**

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2021 a copy of the foregoing notice was served via U.S. Mail, pre-paid postage, upon the following:

Friends Pizza, LLC
c/o J. Edler Properties, LLC, Registered Agent
6717 Township Road, #212
Findlay, OH 45840

Little Giants Pizza, LLC
c/o Brian Edler, Registered Agent
9507 Township Road, #107
Findlay, OH  45840

Pizzee Boy, LLC
c/o Brian Edler, Registered Agent
9507 Township Road, #107
Findlay, OH 45840

Brian Edler
9507 Township Road, #107
Findlay, OH 45840

/s/ *Alyson S. Beridon*_____
**Alyson S. Beridon**